UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LATONYA DOMINICK,<br><br>          Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>          Defendant. | Case No. 21-cv-05545-RMI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Re: Dkt. Nos. 28, 29 |

Before the court is Plaintiff's Motion for Attorney's fees under § 406(b) of the Social Security Act. Pl.'s Mot. (Dkt. 28). Defendant has filed a Response and does not oppose Plaintiff's motion. Def.'s Mot. (Dkt. 29). After reviewing the Plaintiff's Motion, the court finds the proposed fees in the amount of $8,792.67 are reasonable and allowable under 42 U.S.C. § 406(b)(1)(A). The court previously awarded $7,800 in fees under the Equal Access to Justice Act ("EAJA") (*see* dkt. 27), which has already been received by Plaintiff's counsel. Accordingly, Plaintiff's motion for fees under § 406(b)(1) is GRANTED; the Commissioner is directed to certify payment in that amount to Plaintiff's counsel and Plaintiff's counsel is ORDERED to refund Plaintiff $7,800 upon receipt of that award. The fees awarded by this order shall be paid out of Plaintiff's past-due benefits in accordance with agency policy.

      **IT IS SO ORDERED.**

Dated: January 8, 2024

ROBERT M. ILLMAN
United States Magistrate Judge